IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| WEBB | : | 02-3896 |
| GLANZEL, et al. | : | 02-3917 |
| COSTA | : | 02-3950 |
| GAGNON | : | 02-3972 |
| MCKENZIE | : | 02-4171 |
| ZINGALE, et al. | : | 02-4179 |
| PEARSON, et al. | : | 02-4250 |
| CHRISTIANSON, et al. | : | 02-4287 |
| VS. | : |  |
| BAYER CORPORATION, *et al.* | : |  |

# **O R D E R**

       **AND NOW,** this _____ day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [    ]   -   Order staying these proceedings pending disposition of a related action.

    [    ]   -   Order staying these proceedings pending determination of arbitration proceedings.

    [    ]   -   Interlocutory appeal filed.

    [ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

       **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**James McGirr Kelly, Judge**